# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHOON'S DESIGN, INC.,
        Plaintiff,

                                        Case No. 14-13666
    v.                               HON. TERRENCE G. BERG

MIDWEST TRADING GROUP, INC.
        Defendant.
_____/

## ORDER GRANTING LIMITED DISCOVERY INTO JURISDICTION AND DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE (DKT. 9)

This matter is before the Court on Defendant Midwest Trading Group's ("Defendant's") motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) filed on November 11, 2014. (Dkt. 9).

"Courts have three procedural alternatives when faced with a motion to dismiss based on personal jurisdiction, brought pursuant to Fed.R.Civ.P. 12(b)(2): 1) determine the motion based on the affidavits alone; 2) permit discovery, which would aid in resolution of the motion; or 3) conduct an evidentiary hearing on the merits of the motion." *In re Refrigerant Compressors Antitrust Litig.*, No. 09-MD-2042, 2014 WL 4678048, at *1 (E.D. Mich. Sept. 18, 2014).

Having reviewed the parties' briefs, affidavits, and exhibits, the Court concludes that limited discovery would assist the Court in determining whether Defendant is subject to personal jurisdiction in Michigan.

This Court thus **GRANTS** Plaintiff Choon's Design's ("Plaintiff's") request for limited discovery on the issue of personal jurisdiction. Counsel for the parties are to

meet and confer as to the necessary discovery and to submit a joint proposed scheduling order to the Court no later than February 6, 2015.

      **IT IS FURTHER ORDERED** that Defendant's motion to dismiss for lack of personal jurisdiction is **DENIED WITHOUT PREJUDICE**.  If appropriate, Defendant may renew its motion following the completion of the limited discovery.

      **SO ORDERED.**

Dated:  January 23, 2015                s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE

### Certificate of Service

      I hereby certify that this Order was electronically submitted on January 23, 2015, using the CM/ECF system, which will send notification to all parties.

                                            s/A. Chubb
                                            Case Manager